ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7019
FAX: (415) 436-7234
andrew.dawson@usdoj.gov

Attorneys for United States of America

RECEIVED

NOV 15 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

FILED

NOV 1 0 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 17-564 WHO |
| Plaintiff, | MOTION TO DISMISS INDICTMENT AND SUGGESTION OF DEATH UPON THE RECORD AND [PROPOSED] ORDER |
| v. | |
| KHACHATUR KARAPETYAN, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment as to Khachatur Karapetyan. The Government suggests the death of this defendant during the pendency of this action.

////

////

////

////

////

The Government has received a Certificate of Death for Khachatur Karapetyan, issued by the Department of Public Health, County of Los Angeles, which states that Mr. Karapetyan died on January 15, 2018.

DATED: 11/15/18

Respectfully submitted,

ALEX G. TSE
United States Attorney

BARBARA J. VALLIERE
Chief, Criminal Division

[PROPOSED] ORDER

Leave is granted to the government to dismiss the indictment as to Khachatur Karapetyan.

Date: 11-16-2018

HON. WILLIAM H. ORRICK
United States District Judge